UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEATHERBACK LIMITED,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>LOLU ADUBIFA,<br><br>　　　　　　　　　　Defendant(s). | 23 Civ. 9295 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

　　An order issued November 6, 2023, scheduled an initial pretrial conference in this matter for January 17, 2024, and required the parties to file a joint status letter and proposed case management plan by January 10, 2024. *See* Dkt. No. 15. No such materials were filed. An order issued December 19, 2023, found Plaintiff's service of Defendant deficient, though noted Defendant had actual notice of this action. *See* Dkt. No. 16. Defendant has not appeared and Plaintiff has not filed renewed proof of service.

　　It is hereby **ORDERED** that, if the parties have been in communication, they shall file the required joint status letter and proposed case management plan as soon as possible and no later than **January 12, 2024.** Alternatively, Plaintiff shall file a letter by **January 12, 2024,** describing its efforts to serve Defendant and requesting an adjournment of the initial pretrial conference by up to thirty (30) days to allow Defendant to appear.

　　SO ORDERED.

Dated: January 11, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge