# Kolawole Law Firm LLC

7517 Cedar Grove Lane, Elkridge, MD 21075 | 443 546 8146 | oakolawole@justklf.com

---

January 12, 2024

By CM/ECF

Judge Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Application GRANTED.** The initial pre-trial conference is **ADJOURNED** to **February 28, 2024, at 10:30 A.M. EST**. The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 401 509 139, followed by the pound sign (#). Plaintiff is reminded of its deadline under Federal Rule of Civil Procedure 4(m) to serve Defendant by January 19, 2024. So Ordered.

Dale E. Ho
United States District Judge
Dated: January 16, 2024
New York, New York

**Leatherback Limited v. Adubifa 1:23-cv-09295-DEH**

Judge Ho:

1. I write in response to your Order of January 11, 2024, wherein your requested that Plaintiff shall file a letter describing its effort to serve Defendant.

2. Effort is being made by Leatherback to serve process upon Mr. Adubifa. See Attachment A. The Chief Executive Officer of Leatherback, Mr. Ibitade, informed me that "We know that our lawyers are currently trying [and] attempting to get through to him."

3. Accordingly, Plaintiff requests an adjournment of the initial pretrial conference by 30 days to allow Defendant to appear.

Sincerely,

*Jimi Kolawole, Esq.*